IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR -11-2133-TUC-RCC(LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Paul Aaron Lerma, | |
| Defendant. | |

The Court has reviewed the pleadings, the transcript and exhibits and the Magistrate Judge's Report and Recommendation.

No objections having been filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 41).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Evidence (Doc. 29)..

Trial remains set for August 21, 2012.

DATED this 3rd day of July, 2012.

Raner C. Collins
United States District Judge

*mg*